Olguine BERTINEAU; Marie Michelle Bertineau, Petitioners,

v.

Alberto R. GONZALES, U.S. Attorney General, Respondent.

No. 04–61073

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 12, 2005.

Malvern Clopton Burnett, Law Office of Malvern C. Burnett, New Orleans, LA, for Petitioners.

Richard M. Evans, Assistant Director, Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Nancy E. Friedman, U.S. Department of Justice Civil Division Immigration Litigation, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Alberto R. Gonzales, Washington, DC, pro se.

Before BENAVIDES, DENNIS and OWEN, Circuit Judges.

PER CURIAM: *

Olguine Bertineau ("Bertineau") and her daughter, Marie Michelle Bertineau,** both natives and citizens of Haiti, petition this court to review the decision of the Board of Immigration Appeals (BIA) denying Bertineau's application for asylum, withholding of removal, and relief under the Convention Against Torture. Bertineau challenges the BIA's determination that her application for asylum was untimely under 8 U.S.C. § 1158(a)(2). We lack jurisdiction to review the BIA's determination that Bertineau's asylum application was not timely. 8 U.S.C. § 1158(a)(3).

With regard to Bertineau's argument that the BIA erred in denying her application for withholding of removal, we conclude that substantial evidence supports

---

** Marie Michelle Bertineau's claim for immigration relief is derivative of her mother's eligibility for relief

the BIA's determination that Bertineau did not meet her burden of establishing either past persecution or a likelihood of future persecution. *See Efe v. Ashcroft,* 293 F.3d 899, 906 (5th Cir.2002); 8 C.F.R. § 208.16(b).

Bertineau's appellate brief does not address the BIA's denial of relief under the Convention Against Torture. Accordingly, she has waived the issue. *See Rodriguez v. INS,* 9 F.3d 408, 414 n. 15 (5th Cir. 1993).

The petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.